UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-120-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAWN MAURICE HOLMES | **ORDER TO SEAL** |

On motion of the Defendant, Shawn Maurice Holmes, and for good cause shown, it is hereby ORDERED that Defendant's Sentencing Memorandum be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This _5_ day of October, 2015.

JAMES C. DEVER III
Chief United States District Judge