IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-120-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SHAWN MAURICE HOLMES, | ) | |
| | ) | |
| Defendant. | ) | |

On March 14, 2016, Shawn Maurice Holmes ("Holmes"), appearing pro se, filed a motion for a copy of the arraignment and sentencing transcript in his case [D.E. 29]. Although a court reporter transcribed Holmes's arraignment and sentencing, the court reporter did not prepare a transcript. No one ordered one.

"An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." United States v. Shoaf, 341 F.2d 832, 833-34 (4th Cir. 1964). Holmes has failed to show a particularized need for the transcript. To the extent Holmes's motion could be construed as motion to obtain transcripts without charge, the motion [D.E. 29] is DENIED.

SO ORDERED. This 26 day of October 2016.

JAMES C. DEVER III
Chief United States District Judge