UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-120-D1

UNITED STATES OF AMERICA,          )
                                   )
              v.                   )      ORDER
                                   )
SHAWN MAURICE HOLMES               )

It appearing to the Court that during the investigation of the
above-captioned case, officers of the Raleigh Police Department
seized a Taurus, model PT940, .40 caliber pistol, serial number
SRH7361, and related ammunition, during the investigation and used
as evidence.

It further appearing to the Court that this case has been fully
adjudicated, and the aforementioned item is no longer needed as
evidence.

Therefore, it is hereby ordered that the above described item
be disposed of, or destroyed by officers of the Raleigh Police
Department, in accordance with regulations of the Raleigh Police
Department.

SO ORDERED. This **26** day of October 2016.

JAMES C. DEVER III
Chief United States District Judge